UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:10-cr-155-T-23AEP

RONNIE ALLEN SLEMP
_____/

**PRELIMINARY ORDER OF FORFEITURE**

Ronnie Allen Slemp, who was previously convicted of committing certain felonies, pleaded guilty to Count One of the indictment, which charges him with knowingly possessing "in and affecting interstate and foreign commerce, a firearm, to wit: one black Beretta .25 caliber pistol." The United States has established that Slemp used one black Beretta .25 caliber pistol, Serial Number BAS15910V, in a knowing violation of 18 U.S.C. § 922(g).

The United States moves (Doc. 17) pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b), Federal Rules of Criminal Procedure, for entry of a preliminary order of forfeiture as to the firearm, which at sentencing shall be a final order of forfeiture as to Slemp. The motion for a preliminary order of forfeiture is **GRANTED**. Pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b), Federal Rules of Criminal Procedure, Slemp's right, title, and interest in the firearm are CONDEMNED and FORFEITED to the United States of America for disposition according to law.

As substitute assets in satisfaction of this judgment, the United States may seek forfeiture of any of Slemp's property up to the value of the firearm, pursuant to the provisions of 21 U.S.C. § 853(p), as incorporated by 21 U.S.C. § 2461(c).

The court retains jurisdiction to entertain any third party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of Slemp's property that the United States may seek as substitute assets.

ORDERED in Tampa, Florida, on June 22, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE